## Commonwealth *v.* Stroy, Appellant.

Submitted December 7, 1970. *Morton B. Weinstein*, for appellant; *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Szulczewski, Appellant.

Argued December 9, 1970. *D. Patrick Zimmerman*, Public Defender, for appellant; *Henry J. Rutherford*, First Assistant District Attorney, with him *Clarence C. Newcomer*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded to the court below for a hearing to determine whether the notes of testimony at trial are available.